

# Alcock Law Group
A Professional Corporation

Tammy M. Alcock
Tammy@AlcockLawGroup.com

October 2, 2017

G. Deweese and M. Fields
21623 Omaha Avenue
Parker, CO 80138

Re: Overdue Association fees for Villages of Parker Master Association, Inc.
Property Address: 21623 Omaha Avenue ("Property")

Dear G. Deweese and M. Fields:

This office has been retained by The Villages of Parker Master Association, Inc. (the "Association") to collect amounts owed by you that are overdue. Our records indicate that the balance through October 2, 2017, is $502.50. This amount includes your October 1, 2017 quarterly assessment payment. A Notice of Assessment Lien has been recorded against the Property.

The Association demands that you pay the outstanding amount of $502.50, plus any additional attorney fees, interest and late fees that may apply, within thirty (30) days of the date of this letter. Do **not** contact the Association or its management company. Send your check to my office at the below address, made payable to "The Villages of Parker Master Association, Inc."

If you fail either to send full payment or to reach a satisfactory payment arrangement within thirty (30) days, we will take all appropriate and necessary action to collect the amounts due and owing. You will be responsible for paying all outstanding and accrued assessment amounts, the Association's attorney fees and costs, late fees, and interest. **If a foreclosure is commenced, you may lose your home.**

Since interest, late charges, attorney fees and other charges may increase daily, the amount due on the day you pay may be greater than that stated in this letter. Hence, if you pay the amount shown above, an adjustment may be necessary after we have received your check. For information regarding the exact amount due as of the date of payment, write or call me.

IN ADDITION, IF YOU NOTIFY US THAT YOU REFUSE TO PAY OR YOU WISH US TO CEASE FURTHER COMMUNICATION WITH YOU, THEN WE SHALL NOT COMMUNICATE FURTHER EXCEPT TO ADVISE YOU:

1. THAT OUR COLLECTION EFFORTS ARE BEING TERMINATED;
2. THAT WE OR THE CREDITOR MAY INVOKE SPECIFIED REMEDIES THAT ARE ORDINARILY INVOKED BY US OR A CREDITOR;
3. THAT WE, OR THE CREDITOR, INTEND TO INVOKE A SPECIFIED REMEDY PERMITTED BY LAW.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.ago.state.co.us/cadc/cadcmain.cfm and/or http://www.coloradoattorneygeneral.gov.