| | |
|---|---|
| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>Court Address:<br><br>4000 Justice Way<br>Castle Rock, CO 80109 | DATE FILED: January 23, 2018 1:50 PM<br>FILING ID: 73C1D1C2E8E3C<br>CASE NUMBER: 2018CV30097 |
| **Plaintiff:** THE VILLAGES OF PARKER MASTER ASSOCIATION, INC. dba CANTERBERRY CROSSING MASTER ASSOCIATION, INC., a Colorado non-profit corporation | ▲ COURT USE ONLY ▲ |
| **Defendant:** GEOFFREY S. DEWEESE aka GEOFFREY SCOTT DEWEESE aka GEOFF S DEWEESE; MELODY JOY FIELDS; CHERRY CREEK MORTGAGE COMPANY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHRISTINE DUFFY, the Douglas County Public Trustee | Case No.:<br><br>Division: |
| Attorneys for Plaintiff:<br>Name: Alcock Law Group, PC<br>            Tammy M. Alcock, Esq.<br>Address: 19751 E. Mainstreet, Suite 210<br>            Parker, CO 80138<br>Phone No.: (303) 993-5400<br>Atty. Reg. #: 39816<br>Tammy@Alcocklawgroup.com | |

## COMPLAINT FOR JUDICIAL FORECLOSURE AND DAMAGES

Plaintiff THE VILLAGES OF PARKER MASTER ASSOCIATION, INC. dba CANTERBERRY CROSSING MASTER ASSOCIATION (the "Association"), by and through its attorneys, Alcock Law Group, PC, by way of Complaint against Defendants GEOFFREY S. DEWEESE aka GEOFFREY SCOTT DEWEESE aka GEOFF S DEWEESE and MELODY JOY FIELDS ("Owners"); CHERRY CREEK MORTGAGE COMPANY, INC. ("Cherry Creek"); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); CHRISTINE DUFFY, the Douglas County Public Trustee ("PT") (collectively, "Defendants") states as follows:

## GENERAL ALLEGATIONS

1. The Association is a Colorado non-profit corporation in good standing organized to manage the Canterberry Crossing Community.

2. Owners are individuals who own that certain real property located within the Canterberry Crossing Community legally described as follows:

Lot 26, Block 1, Villages of Parker Filing No. 2, County of Douglas, State of Colorado.

also known by street and number as 21623 Omaha Ave., Parker 80138 (the "Property).

3. Venue is proper since the Property is located in Douglas County.

4. The Property is subject to the Master Declaration for The Villages of Parker recorded on February 18, 1987 with the office of the Douglas County Clerk and Recorder at Reception Number 8704909 (the "Declaration").

5. The Declaration requires the owner(s) of the Property to pay Common, Special, Reconstruction and Reimbursement assessments ("Assessments").

6. In order to further perfect it's the lien, the Association recorded an assessment lien against the Property on 9/29/17 at Reception #2017066230.

7. The Association has adopted a Policy for Assessment Collection ("Assessment Policy") effective January 1, 2014.

8. The Association complied with the Assessment Policy.

9. Owner(s) have failed to pay Assessments.

10. The Board of Directors for the Association resolved to filed a judicial foreclosure

2

action against this property. *See* Resolution attached as **Exhibit A**.

11. The Declaration and/or Colorado Common Interest Ownership Act, §38-33.3-101, et seq., C.R.S. ("CCIOA") provide that unpaid Assessments, late fees, attorney fees and costs, and interest constitute a lien on the Property.

12. The Declaration provides that the Association may charge late fees and interest at the rate of eighteen percent (18%) per annum on any late payments.

13. Pursuant to the Declaration, the Association may also recover any costs and attorney fees it incurs in attempting to collect past due Assessments.

14. As a result of the Owners' failure to pay Assessments, the Association is due past due Assessments, late fees, interest and attorney fees and costs that continue to accrue.

## FIRST CLAIM FOR RELIEF
### Judicial Foreclosure

15. The Association incorporates herein by reference its General Allegations.

16. Owners became the owners of the Property pursuant to a Warranty Deed recorded on 10/30/15 at Reception #2015078652.

17. Defendant Cherry Creek is a Colorado corporation and may claim an interest in the Property by virtue of a Deed of Trust recorded on 10/30/15 at Reception #2015078653.

18. Defendant MERS is a foreign corporation and may claim an interest in the Property by virtue of a Deed of Trust recorded on 10/30/15 at Reception #2015078653.

19. Defendant Christine Duffy is named as the Public Trustee for Douglas County.

20. The Declaration and CCIOA provide that the Association may recover, as part of its lien, attorney fees and costs in collecting past due Assessments.

21. Section 38-33.3-316(2)(b)(I), C.R.S. provides that the Association's lien is prior

and superior to the lien of the first mortgage holder to the extent of an amount equal to assessments which would have become due during the six months immediately preceding the institution of this action.

22. The Association's lien is prior and superior to the interests of each and every Defendant.

23. The Association is entitled to foreclose its lien and have the Sheriff of Douglas County sell the Property in satisfaction of the lien.

24. The Association is entitled to a judgment against Owner(s) for all past due Assessments, late fees, interest, attorney fees and costs, and other sums as they become due under the Declaration.

## SECOND CLAIM FOR RELIEF
### Breach of Contract

25. The Association incorporates herein by reference its General Allegations.

26. Pursuant to the Declaration, Owner(s) are to pay the Association all assessments, late fees, interest, attorney fees, costs and other sums as they become due under the Declaration.

27. Owner(s) have failed to pay all sums due under the Declaration.

28. The Association is entitled to a judgment against Owners for all past due Assessments, late fees, interest, attorney fees and costs, and other sums as they become due under the Declaration.

WHEREFORE, Plaintiff THE VILLAGES OF PARKER MASTER ASSOCIATION, INC. prays for judgment as follows:

- Against Owner(s) GEOFFREY S. DEWEESE aka GEOFFREY SCOTT DEWEESE aka GEOFF S DEWEESE and MELODY JOY FIELDS, jointly and severally, for past due Assessments to the date of trial, together with fines, interest, costs and attorney fees;

- Against all Defendants for a decree of foreclosure allowing the Property to be sold at sale and the proceeds applied to the judgment; and

- For such other and further relief as to this Honorable Court seems just and proper.

Dated: January 23, 2018.

ALCOCK LAW GROUP, PC

*/s Tammy M. Alcock*
Tammy M. Alcock, Esq. #39816

Plaintiff's Address:
Canterberry Crossing Master
c/o CPMS
19751 E. Mainstreet, Suite 275
Parker, CO 80138