## Register of Actions

☐ Filed by Plaintiff/Petitioner
☐ Filed by Defendant/Respondent
☐ Filed by Court

Case Number: 2018CV030097
Case Type: Foreclosure Other than Rule 120
Case Caption: The Villages Of Parker Master Assn Inc v. Deweese, Geoffrey S et al

Division: 3
Judicial Officer: David John Stevens
Court Location: Douglas County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 07/18/2018 9:57 AM | David John Stevens | Douglas County | N/A | Order (Related Document) | Order Granting Motion for Release of Lis Pendens | Public |
| 81526402DCCCC | 07/06/2018 2:56 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Motion | Motion for Release of Lis Pendens | Public |
| | | | | | Proposed Order (Related Document) | Order re Motion for Release of Lis Pendens | Public |
| N/A (Details) | 07/06/2018 10:55 AM | David John Stevens | Douglas County | N/A | Order (Related Document) | Order Granting Unopposed Motion to Dismiss | Public |
| 377215B6B8F84 | 07/05/2018 5:26 PM | Daniel James Vedra | Vedra Law LLC | Melody Joy Fields, Geoffrey S Deweese | Motion | Unopposed Motion to Dismiss | Public |
| | | | | | Proposed Order (Related Document) | Order re: Unopposed Motion to Dismiss | Public |
| N/A (Details) | 07/05/2018 9:09 AM | David John Stevens | Douglas County | N/A | Order (Related Document) | Order Adopting Stipulation as Order of the Court and Hold Case in Abeyance Pending Filing of Dismissal or Request for Entry of Judgment | Public |
| N/A | 07/05/2018 12:00 AM | N/A | N/A | N/A | Case Closed | N/A | |
| 49247229578EC | 07/02/2018 3:27 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Stipulation | Stipulation for Judgment or Dismissal | Public |
| | | | | | Proposed Order (Related Document) | Order Adopting Stipulation as Order of the Court and Hold Case in Abeyance Pending Filing of Dismissal or Request for Entry of Judgment | Public |
| N/A (Details) | 06/28/2018 12:00 AM | Non-Party | N/A | Non-Party | ADR Certificate of Completion | ADR Certificate of Completion- case fully resolved | Public |
| N/A (Details) | 06/21/2018 3:35 PM | David John Stevens | Douglas County | N/A | Order (Related Document) | Order Granting Motion for Protective Order | Public |
| E9E1C543154F5 | 06/21/2018 2:52 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Response (Related Document) | Response to Defendant's Motion for Protective Order | Public |
| | | | | | Exhibit - Attach to Pleading/Doc (Related Document) | Exhibit A- Email dated 6/13/18 | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc (Related Document) | Exhibit B- Email Chain | Protected |
| CADED9A056E22 | 06/20/2018 11:01 PM | Daniel James Vedra | Vedra Law LLC | Geoffrey S Deweese, Melody Joy Fields | Motion | Motion for Protective Order | Public |
| | | | | | Proposed Order (Related Document) | Order re: Motion for Protective Order | Public |
| N/A (Details) | 05/21/2018 1:36 PM | David John Stevens | Douglas County | N/A | Order (Related Document) | Order: Case Management Order | Public |
| N/A | 05/16/2018 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 16E972E472DAD | 05/11/2018 1:47 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Notice | Corrected Notice to Elect Exclusion from C.R.C.P. 16.1 Simplified Procedure | Public |
| 294D4E40F10AD | 05/09/2018 10:06 PM | Daniel James Vedra | Vedra Law LLC | Geoffrey S Deweese, Melody Joy Fields | Notice | Notice of Filing Exhibit B to Proposed Case Management Order | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit B | Protected |
| D4CFBB0B86A31 | 05/08/2018 4:39 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Proposed Order - Case Management (Related Document) | Case Management Order | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A- Plaintiff's Brief Description of Case/Issues | Protected |
| 3AA6B03BD0C5B | 05/08/2018 1:00 PM | Daniel James Vedra | Vedra Law LLC | Geoffrey S Deweese, Melody Joy Fields | Entry of Appearance | Entry of Appearance | Public |
| 40BC59428BA54 | 04/17/2018 8:42 AM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Notice | Notice of Case Management Conference | Public |
| N/A | 04/11/2018 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| 5A617E17340CF | 03/29/2018 1:06 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Notice of Exclusion CRCP 16.1 | Notice of Exclusion CRCP 16.1 | Public |
| 9FE7759874E1E | 03/27/2018 4:59 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Reply | Reply to Counterclaim | Public |
| N/A | 03/08/2018 | N/A | N/A | N/A | Minute Order - No Print | N/A | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 03/06/2018 | Cheryl Layne | Douglas County | N/A | Notice | Notice of Clerk's Default against Mortgage Electronic Registration Systems, Inc.- granted | Public |
| N/A (Details) | 03/06/2018 | Cheryl Layne | Douglas County | N/A | Notice | Notice of Clerk's Default against Douglas County Public Trustee/Christine Duffy - granted | Public |
| CA23213D5BD07 | 03/05/2018 4:11 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Request (Related Document) | Request for Entry of Clerk's Default - Mortgage Electronic Registration Systems, Inc. | Public |
| | | | | | Exhibit - Attach to Pleading/Doc (Related Document) | Exhibit A- Return of Service Mortgage Electronic Registration Systems, Inc. | Protected |
| | | | | | Proposed Order | Order re Request for Entry of Clerk's Default - Mortgage Electronic Registration Systems, Inc. | Public |
| E3A390F6CA6D6 | 02/23/2018 8:47 AM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Request | Request for Entry of Clerk's Default - Douglas Co. Public Trustee | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A- Return of Service - Douglas Co. Public Trustee | Protected |
| | | | | | Proposed Order | Order re Request for Entry of Clerk's Default - Douglas Co. Public Trustee | Public |
| N/A (Details) | 02/16/2018 | N/A | N/A | Melody Joy Fields | Civil Case Cover Sheet | Civil Case Cover Sheet for Answer and Counterclaim with Jury Demand | Public |
| N/A (Details) | 02/16/2018 | N/A | N/A | Melody Joy Fields | Answer and Counterclaim w/Jury Demand | Answer and Counterclaim w/Jury Demand - $566 | Public |
| N/A (Details) | 02/16/2018 | N/A | N/A | Melody Joy Fields | Exhibit - Attach to Pleading/Doc | Exhibit - Attach to Answer Counterclaim and Jury Demand | Protected |
| 5CAFB173415E1 | 01/30/2018 11:18 AM | John K Carson | Cherry Creek Mortgage Co Inc | Cherry Creek Mortgage Company Inc | Disclaimer | Disclaimer | Public |
| 2B33398452818 | 01/29/2018 2:50 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Return of Service | Return of Service - Summons, Complaint, Civil Cover and Lis Pendens served upon DEF Geoffrey S. Deweese by acceptance of service by wife Melody Fields on 1/26/2018 | Public |
| | | | | | Return of Service | Return of Service- Summons, Complaint, Civil Cover and Lis Pendens served upon DEF Melody Fields by personal service on 1/26/2018 | Public |
| | | | | | Return of Service | Return of Service- Summons, Complaint, Civil Cover and Lis Pendens served upon DEF Cherry Creek Mortgage by acceptance on their behalf by Emily Rauch with The Corporation Company, registered agent, on 1/25/2018 | Public |
| | | | | | Return of Service | Return of Service- Summons, Complaint, Civil Cover and Lis Pendens served upon DEF Mortgage Electronic Registration Systems, Inc. by acceptance of service by Timothy Renner, legal counsel, on 1/26/2018 | Public |
| | | | | | Return of Service | Return of Service- Summons, Complaint, Civil Cover and Lis Pendens served upon DEF Christine Duffy/Douglas Co. Public Trustee by personal service on 1/25/2018 | Public |
| 73C1D1C2E8E3C | 01/23/2018 1:50 PM | Tammy M Alcock | Alcock Law Group | The Villages of Parker Master Assn Inc | Complaint (Related Document) | Complaint for Judicial Foreclosure and Damages $224 | Public |
| | | | | | Exhibit - Attach to Pleading/Doc (Related Document) | Exhibit A- Resolution | Protected |
| | | | | | Civil Case Cover Sheet | District Civil Case Cover Sheet | Public |
| | | | | | Notice | Notice of Commencement of Action (Lis Pendens) | Public |
| | | | | | Summons | Summons - Geoffrey S. Deweese | Public |
| | | | | | Summons | Summons - Melody Joy Fields | Public |
| | | | | | Summons | Summons - Cherry Creek Mortgage Company Inc | Public |
| | | | | | Summons | Summons - Mortgage Electronic Registration Systems, Inc. | Public |
| | | | | | Summons | Summons - Christine Duffy/Douglas Co. Public Trustee | Public |
| N/A (Details) | 01/23/2018 | Paul A King | Douglas County | N/A | Order | Delay Reduction Order | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Canterberry Crossing Master Assn Inc | DBA | Active | N/A |
| Cherry Creek Mortgage Company Inc | Defendant | Disclaimer | John K Carson (Cherry Creek Mortgage Co Inc) |
| Christine Duffy | Defendant | Defaulted | N/A |
| Douglas County Public Trustee | AKA | Active | N/A |
| Geoff S Deweese | AKA | Active | N/A |
| Geoffrey S Deweese | Defendant | Active | Daniel James Vedra (Vedra Law LLC) |
| Geoffrey Scott Deweese | AKA | Active | N/A |
| Melody Joy Fields | Defendant | Active | Daniel James Vedra (Vedra Law LLC) |
| Mortgage Electronic Registration Sys Inc | Defendant | Defaulted | N/A |
| The Villages of Parker Master Assn Inc | Plaintiff | Active | Tammy M Alcock (Alcock Law Group) |