| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>Court Address:<br>4000 Justice Way<br>Castle Rock, CO 80109 | DATE FILED: July 2, 2018 3:27 PM<br>FILING ID: 49247229578EC<br>CASE NUMBER: 2018CV30097 |
|---|---|
| **Plaintiff**: THE VILLAGES OF PARKER MASTER ASSOCIATION, INC. dba CANTERBERRY CROSSING MASTER ASSOCIATION, INC., a Colorado non-profit corporation<br><br>**Defendant**: GEOFFREY S. DEWEESE aka GEOFFREY SCOTT DEWEESE aka GEOFF S DEWEESE; MELODY JOY FIELDS; CHERRY CREEK MORTGAGE COMPANY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHRISTINE DUFFY, the Douglas County Public Trustee | ▲ Court Use Only ▲<br><br>Case Number:<br>2018CV30097<br><br>Division: 3 |
| *Attorneys for Defendants Deweese and Fields*<br>Vedra Law LLC<br>Daniel J. Vedra Atty. Reg. #43596<br>1435 Larimer Street, Suite 302<br>Denver, CO 80202<br>Phone Number: (303) 937-6540<br>Fax Number: (303) 937-6547<br>Email: dan@vedralaw.com<br><br>*Attorneys for Plaintiff The Villages of Parker Master Association, Inc.*<br>Alcock Law Group<br>Tammy Alcock #39816<br>19751 E. Mainstreet, Suite 210<br>Parker, Colorado 80138<br>Phone Number: (303) 993-5400<br>tammy@alcocklawgroup.com | |
| **STIPULATION FOR JUDGMENT OR DISMISSAL** | |

Plaintiff The Villages of Parker Master Association, Inc. d/b/a Canterberry Crossing Master Association, Inc., a Colorado non-profit corporation (the "**HOA**"), by and through its attorney, and Defendants Geoffrey DeWeese and Melody Joy Fields (the "**Homeowners**"), through their attorney, hereby submit their Stipulation for Judgment or Dismissal:

00032561.1

1.  The HOA initiated this action to foreclose its lien against the Homeowners home. Homeowners denied the allegations and the complaint, and filed a counterclaim. The HOA denied that it is liable to Homeowners on their counterclaims.

2.  HOA and Homeowners have agreed to settle their disputes without admitting liability on any of the claims or counterclaims.

3.  HOA and Homeowners agree that this matter may be held in abeyance, subject to and only for so long as Homeowner pays to HOA the following amounts:

    a.  Homeowners shall pay $2,000.00 concurrently with the delivery of this executed agreement;

    b.  Homeowners shall pay to the HOA an additional $5,000.00 as follows; $200.00 per month on or before the first (5th) day of each calendar month (the "Due Date"), beginning August 5, 2018, for twenty-five (25) months;

    c.  Homeowners shall timely pay their regular quarterly assessments as such assessments come due;

    d.  All payments shall be made payable to "The Villages of Parker Master Association" and delivered to Alcock Law Group, PC, 19751 E. Mainstreet, Suite 210, Parker, Colorado 80138, Account #1004225601. Homeowners acknowledge and agree that they are solely responsible for making sure all payments to the HOA are received by HOA's attorneys as set forth herein, on or prior to the Due Date; and

    e.  Defendant may prepay all or any part of the amounts required under this paragraph, without penalty. Any partial prepayment will not affect Defendant's obligation to tender subsequent monthly payments due under this Stipulation, until and unless HOA has been paid a total of $5,000.00.

4.  If Homeowners make all payments, the parties shall execute and file a stipulation for dismissal with the Court.

5.  In the event that Homeowners fail to pay any payment due under this Stipulation, the abeyance of this matter shall be lifted and a judgment in the amount of $11,474.00, shall automatically enter, together with interest in the amount of eighteen percent (18%) from and after the date of this Stipulation and all additional attorneys' fees, costs, and expenses incurred by HOA related to collection of amounts due for the enforcement of this Stipulation from the date of this Stipulation, and less any payments made by Homeowners subject to this Stipulation (collectively, the "Judgment"). A decree of foreclosure shall also enter. The Judgment shall enter without further notice or hearing, upon the HOA's submission of a verified Notice of Default and Request for Entry of Judgment.

6. Notwithstanding the foregoing in Paragraph 5 above, Homeowners shall be entitled to notice of any missed payment upon which Homeowners shall have ten (10) days in which to cure a missed payment (the "Cure Notice"). If Homeowners do not cure within ten (10) days, Homeowners shall be entitled to only one (1) Cure Notice. Such notice shall be sent as follows and effective on mailing:

Melody Joy Fields
21623 Omaha Avenue
Parker, Colorado 80138 and
melodyjfields@gmail.com

With a copy (which shall not constitute notice):
Daniel J. Vedra
Vedra Law LLC
1435 Larimer Street, Suite 302
Denver, Colorado 80202 and
dan@vedralaw.com

7. Within five (5) business days of executing this Stipulation, Homeowners shall file an unopposed motion to dismiss counterclaims.

8. Within five (5) business days of the Court's issuance of an order approving and adopting this Stipulation, HOA shall file an unopposed motion to release notice of *lis pendens*. In the event that Homeowners sell, refinance, or take a home equity line of credit secured by the property, or if homeowners file a bankruptcy during the term of this stipulation, the balance of $11,474.00 minus payments made on this stipulation shall be immediately due and payable.

9. Nothing in this Stipulation shall be deemed an admission of liability on behalf of any party.

10. The person executing this agreement represents that he or she has the authority to execute this agreement and make this Stipulation a binding obligation of the party for who he or she executed.

WHEREFORE, HOA and Homeowners hereby agree to the terms of this Stipulation and request that the Court adopt the Stipulation and make it an Order of the Court.

SIGNATURES ON FOLLOWING PAGE

DATED this 28th day of June, 2018.

HOA

By: *Marsha Miller*
Name: Marsha Miller
Its: Managing Agent

HOMEOWNERS

_____
Geoffrey DeWeese

_____
Melody Joy Fields