| DISTRICT COURT, DOUGLAS COUNTY, COLORADO | |
|---|---|
| Court Address: 4000 Justice Way, Castle Rock, CO, 80109-7546 | DATE FILED: July 5, 2018 9:09 AM CASE NUMBER: 2018CV30097 |
| **Plaintiff(s)** THE VILLAGES OF PARKER MASTER ASSN INC v. **Defendant(s)** GEOFFREY S DEWEESE et al. | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2018CV30097 Division: 3   Courtroom: |
| **Order Adopting Stipulation as Order of the Court and Hold Case in Abeyance Pending Filing of Dismissal or Request for Entry of Judgment** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 7/5/2018

*(signature)*

DAVID JOHN STEVENS
District Court Judge

| DISTRICT COURT, DOUGLAS COUNTY, COLORADO<br>Court Address:<br><br>4000 Justice Way<br>Castle Rock, CO 80109 | |
|---|---|
| **Plaintiff:** THE VILLAGES OF PARKER MASTER ASSOCIATION, INC. dba CANTERBERRY CROSSING MASTER ASSOCIATION, INC., a Colorado non-profit corporation | ▲ COURT USE ONLY ▲ |
| **Defendant:** GEOFFREY S. DEWEESE aka GEOFFREY SCOTT DEWEESE aka GEOFF S DEWEESE; MELODY JOY FIELDS; CHERRY CREEK MORTGAGE COMPANY, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHRISTINE DUFFY, the Douglas County Public Trustee | Case No.: 2018CV30097<br><br>Division: 3 |
| **ORDER TO ADOPT STIPULATION AS ORDER OF THE COURT AND HOLD CASE IN ABEYANCE PENDING FILING OF DISMISSAL OR REQUEST FOR ENTRY OF JUDGMENT** | |

This matter comes before the Court pursuant to Stipulation for Judgment or Dismissal and this Court being fully advised,

HEREBY ORDERS that the Stipulation is adopted as an order of this Court. The Court further orders that this case shall be held in abeyance until either a Stipulation for Dismissal or a Request for Entry of Judgment is filed, terminating the action.

Dated this ____ day of _____, 2018.

_____
DISTRICT COURT JUDGE