Exhibit B
(Defendants' Comments to Proposed Case Management Order)

**Section 4: Defendants' Statement of the Case and Identification of Issues**

This is an action to collect $20.00. Plaintiff is an HOA, and increased its rates by $20.00. Because Defendants paid by autopay, they accidentally underpaid their assessments by $20.00. Plaintiff determined that $20.00 was important enough to foreclose its assessment lien against Defendants' home, so after adding late fees, attorney fees, and collection costs, Plaintiff determined to take Defendants' home. After accidentally short-paying Plaintiff $20.00, Plaintiff now wants more than $5,000.00 or Defendants' home.

Defendants' agree that they owe $20.00 plus late fees and certain costs, but do not agree that Plaintiff is permitted to take their home for this miniscule amount of money. Defendants do not agree that Plaintiff is permitted to proceed with foreclosure because Plaintiff has failed to follow its own collection policy and Colo. Rev. Stat. § 38-33.3-316(11). Moreover, Plaintiff is not entitled to thousands and thousands of dollars in legal fees to collect $20.00 in assessments and $180.00 in late fees and ancillary fees.

**Section 6: Proportionality Factors**

Defendants submit that no discovery is necessary or warranted to collect $20.00. The time to respond to a single interrogatory would cost more than the principal balance of the debt.

**Section 7: Prospects for Settlement**

Plaintiff did not fill out this section in the proposed case management order. Prior to counsel entering his appearance for Defendants, Plaintiff did not confer with Defendants regarding settlement. Defendants submit that the prospect of settlement are high, and have already offered to pay the outstanding balance of the assessments, late fees, lien filing costs, and *reasonable* attorney fees and costs.

**Section 10: Limitations on Discovery**

No discovery should be permitted. This case is about $20.00. All of the information necessary to collect on this account is likely in the hands of Plaintiff. There is no need to depose witnesses, respond to interrogatories, produce documents, or admit to law or facts over $20.00. All awardable costs ought to be limited to $138.65, which is the usual amount necessary to file and serve an action in country court.

Further, Plaintiff has not complied with the procedure for opting out of Rule 16.1 civil procedure. Rule 16.1 requires that the Plaintiff *and* the Plaintiff's attorney sign the form to opt out. Here, the Plaintiff's attorney alone signed the notice, and the time to opt out properly has passed.