# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 18CV01963

MELODY JOY FIELDS, an individual, and GEOFFREY DEWEESE, an individual

      Plaintiffs,

v.

TAMMY ALCOCK, an individual, and ALCOCK LAW GROUP, PC, a Colorado corporation,

      Defendants.

---

## NOTICE OF SETTLEMENT

---

Plaintiffs Melody Joy Fields and Geoffrey DeWeese ("**Plaintiffs**"), by and through undersigned counsel, notify the Court that the parties have reached a settlement in this matter and anticipate filing a stipulation for dismissal forthwith.

Dated: September 27, 2018

Respectfully submitted,

/s/ Daniel J. Vedra
Daniel J. Vedra
Katherine Russell
Vedra Law LLC
1435 Larimer St. Suite 302
Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com
Email: kate@vedralaw.com

00035981. 1