# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 18CV01963

MELODY JOY FIELDS, an individual, and GEOFFREY DEWEESE, an individual

    Plaintiffs,

v.

TAMMY ALCOCK, an individual, and ALCOCK LAW GROUP, PC, a Colorado corporation,

    Defendants.

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Melody Joy Fields and Geoffrey DeWeese ("**Plaintiffs**"), by and through their undersigned counsel, and Defendants Tammy Alcock and Alcock Law Group, PC ("**Defendants**"), by and through their undersigned counsel, respectfully request that Court dismiss this action by this stipulation.

WHEREFORE, Plaintiffs and Defendants respectfully request the Court to dismiss this action, with prejudice, each party to bear their own fees and costs except as set forth by separate agreement.

    Dated: January 7, 2019

                      Respectfully submitted,

                      /s/ Daniel J. Vedra
                      Daniel J. Vedra
                      Katherine Russell
                      Vedra Law LLC
                      1435 Larimer St. Suite 302

Denver, CO 80202
Phone: (303) 937-6540
Fax: (303) 937-6547
Email: dan@vedralaw.com
Email: kate@vedralaw.com
**Attorneys for Plaintiffs**

/s/ Matthew Ralston
Matthew Ralson
Jim Meseck
White and Steel, P.C.
600 17th Street, Suite 600N
Denver, Colorado 80202
Phone 303-296-2828
Fax 303-296-3131
Email mralston@wsteele.com
**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was served on all parties of record as of the day written above by filing on CM/ECF.

                                                /s/ Daniel J. Vedra
                                                Daniel J. Vedra